IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| IN RE: BRETT HODSON | MC-26-05-GF-BMM<br>ORDER |

Brett Hodson (Hodson) has been sending documents to the Court since August of 2026. Hodson's filings do not comply with Federal Rule of Civil Procedure 7(a). The Court cannot accept Hodson's documents as he currently does not have an active case filed in the District of Montana.

To date, Hodson has left 66 voice mails on the Court's voice mail system. Hodson's communications with the Clerk of Court's Office staff have been relentless and intense.

Accordingly, IT IS HEREBY ORDERED that Hodson shall not telephone the Clerk's Office of the District Court for the District of Montana for purposes other than obtaining information regarding the initiation of an action or filing in a pending action, and shall not leave voice mails. Hodson shall not mail any documents to the Clerk's Office of the District Court for the District of Montana unless they relate to a case filed in the District of Montana.

DATED this 28th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts